United States Courts
Southern District of Texas
FILED

*January 13, 2021*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § § § § § | |
| vs. | CRIMINAL NO. |
| ZAHRA BADRI | **4:21-cr-24** |

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### (Female Genital Mutilation)

From about July 10, 2016, through October 14, 2016, in the Southern District of Texas and elsewhere, the defendant,

**ZAHRA BADRI,**

did knowingly, in and affecting foreign commerce, transport from the United States a minor female known to the grand jury as Minor Victim 1, who was under the age of 18, for the purpose of circumcising, excising and infibulating the whole and any part of her labia majora, labia minora, and clitoris.

**In violation of Title 18, United States Code, Section 116 (d) (2013).**

A True Bill:

Original Signature on file

_____
Grand Jury Foreperson

RYAN K. PATRICK
UNITED STATES ATTORNEY

*Kimberly Ann Leo*
KIMBERLY ANN LEO
SHERRI ZACK
Assistant United States Attorneys


DAVID P. BURNS
ACTING ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION

RAMI S. BADAWY
Trial Attorney
Human Rights and Special Prosecutions Section

2