USA-74-24B
(Rev. 05/01)

## CRIMINAL DOCKET

No. **4:21-cr-24**

HOUSTON DIVISION

USAO Number: 2018R02285
Magistrate Number:

CRIMINAL INDICTMENT

United States Courts
Southern District of Texas
FILED

Filed *January 13, 2021*   Judge: **Gilmore**

Nathan Ochsner, Clerk of Court

**ATTORNEYS:**

UNITED STATES of AMERICA
vs.

**RYAN K. PATRICK, USA**            (713) 567-9000

Kimberly A. Leo, AUSA                (713) 567-9000

ZAHRA BADRI

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Female Genital Mutilation [18 United States Code § 116 (d) (2013)]

PENALTY: Ct. 1: Up to 5 years imprisonment, up to $250,000 fine, supervised release for up to 3 years, $100 special assessment.

☐ In Jail
☐ On Bond
☑ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: