UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO: |
| ZAHRA BADRI | **4:21-cr-24** |

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a  CRIMINAL INDICTMENT  has been filed against the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on January 27, 2021 at 10:00 a.m. . Upon appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following conditions of release.

<u>Defendant</u>

ZAHRA BADRI                    ☐ Appearance Bond in the Amount of:
                                $

SIGNED at Houston, Texas, on   January 13, 2021.

UNITED STATES MAGISTRATE JUDGE