United States District Court
Southern District of Texas
**ENTERED**
February 24, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 4:21-CR-24 |
| § | |
| ZAHRA BADRI § | |

### *AMENDED SCHEDULING ORDER*

1. MOTIONS will be filed by                             May 3, 2021

2. RESPONSES will be filed by                          May 13, 2021

3. PROPOSED VOIR DIRE will be filed by        May 28, 2021

4. PRETRIAL CONFERENCE is set for              June 1, 2021
                                                              at 9:30 a.m.

5. JURY selection and TRIAL set for                June 7, 2021
                                                              at 1:30 p.m.

SIGNED at Houston, Texas, this 23rd day of February, 2021.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE