UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **4:21-CR-024-01** |
| *versus* | § | |
| | § | **JUDGE ALFRED BENNETT** |
| **ZAHRA BADRI** | § | |

## UNOPPOSED MOTION TO TRAVEL

*TO THE HONORABLE ALFRED BENNETT*:

Zahra Badri asks the Court for permission to travel, and shows the following in support of this request:

1. Trial will likely be scheduled for August 29, 2022. However, the parties are attempting to reach a resolution without trial.

2. Badri has complied with all conditions of her pretrial release. WIth the Court's permission, she traveled with her family on a religious pilgrimage to Iraq from May 14 to May 21, 2021, and returned as scheduled.

3. Badri would now like to travel to Broomfield, Colorado, with her husand and children from March 16 to March 23, 2022, for a vacation.

4. The AUSA and the Pretrial Services Office are are unopposed to this motion.

Respectfully submitted,

/s/ David Adler

_____
David Adler
State Bar of Texas 00923150
Southern District of Texas 17942
6750 West Loop South
Suite 120

Bellaire (Houston), Texas 77401
(713) 666-7576
(713) 665-7070 (Fax)

Attorney for Defendant,
Zahra Badri

## CERTIFICATE OF CONFERENCE

The AUSA and the Pretrial Services Office are unopposed to this motion.

/s/ David Adler
_____
David Adler

## CERTIFICATE OF SERVICE

This motion was served on the AUSA via email on March 7, 2022.

/s/ David Adler
_____
David Adler

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **4:21-CR-024-01** |
| *versus* | § | |
| | § | **JUDGE ALFRED BENNETT** |
| **ZAHRA BADRI** | § | |

### ORDER ON UNOPPOSED MOTION TO TRAVEL

Badri's unopposed motion to travel is:

Granted.

Badri may travel with her husband and children to Broomfield, Colorado, with her husand and children from March 16 to March 23, 2022, for a vacation.

All other conditions of Badri's pretrial release remain in effect.

Denied.

Signed on March _____, 2022.

_____
Alfred Bennett
United States District Judge