United States District Court
Southern District of Texas

**ENTERED**

May 10, 2022

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:21-CR-00024 |
| | § | |
| ZAHRA BADRI | § | |

## ORDER

Before the Court is Defendant's Unopposed Motion to Travel (the "Motion"). Doc. #33. Defendant was previously allowed to travel to Iraq with her family for a religious pilgrimage. Doc. #14. Defendant now seeks permission to travel internationally so that she can visit family. Doc. #33. Barring a rare and exceptional justification, such as a religious pilgrimage, international travel during pretrial release is not warranted.

Defendant's Motion is hereby DENIED.

It is so ORDERED.

_____
**MAY  1 0 2022**
Date

_____
The Honorable Alfred H. Bennett
United States District Judge