Case 4:21-cr-00024   Document 57-1   Filed on 02/17/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | 4:21-cr-24 |
| ZAHRA BADRI | § § | |

### ORDER

On this day the Court considered the Government's Motion for Reciprocal Discovery and after reviewing said motion, the Court GRANTS said motion.

IT IS THEREFORE ORDERED that the Defendant comply with the requirements of Federal Rules Crim. Proc. 16 no later than ___March 24___, 2023

DATED:

FEB 2 8 2023

_____
ALFRED H. BENNET
UNITED STATES DISTRICT JUDGE