United States District Court
Southern District of Texas
**ENTERED**
April 24, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | 4:21-cr-24 |
| ZAHRA BADRI | § | |

## ORDER

Zahra Badri's Motion to Continue is GRANTED.

The evidentiary hearing is scheduled for   9/18/23  10:00 AM

Trial is scheduled for   10/23/23  9:00 AM

SIGNED at Houston, Texas, on APR 2 4 2023

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE