United States District Court
Southern District of Texas
**ENTERED**
July 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:21-cr-24 |
| | § | |
| ZAHRA BADRI | § | |

ORDER

Ms. Badri's request to travel to Dubai, the United Arab Emirates, from July 14 to August 1, 2023 is granted.

The Clerk and Pretrial Services Officer are ordered to return Badri's U.S. passport to her. Ms. Badri is ordered to surrender the passport to the Clerk or Pretrial Services Office within 48 hours of her return to the U.S.

Signed: July 10, 2023

_____
HONORABLE AL BENNETT